UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OWEN HARTY, individually, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:17-cv-05407-GEKP |
| | : | |
| DDR NOBLE TC TRUST, a Delaware | : | |
| business trust, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

AND NOW, this _11th_ day of ___June___, 2018, by stipulation and agreement of

the Plaintiff and Defendant as permitted by Fed. R. Civ. P. 41(a)(1)(A)(ii), and Order of the Court,

the above-captioned matter is **DISMISSED** with prejudice. As per this stipulation, both parties

will bear their own attorney fees, costs, and litigation expenses.

IT IS FURTHER ORDERED that the oral argument scheduled for June 13, 2018, is

cancelled and that the Defendant's Motion to Dismiss is **DENIED** as moot.

By: _____
Daniel A. Pallen, Esquire
**Thomas B. Bacon, P.A.**
644 N. Mc Donald St.
Mt. Dora, FL 32757

*Attorney for Plaintiff*

By: _____
M. Mitchell Oates, Esquire
**Baker & Hostetler, LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104-2891

*Attorney for Defendant*

**APPROVED BY THE COURT:**

_____ , J.